CLOSED,MDL,TRANSF

# U.S. District Court
# Eastern District of Kentucky (London)
## CIVIL DOCKET FOR CASE #: 6:19–cv–00038–GFVT

| | |
|---|---|
| Appalachian Regional Healthcare, Inc. v. Purdue Pharma L.P. et al | Date Filed: 02/06/2019 |
| Assigned to: Judge Gregory F. VanTatenhove | Date Terminated: 02/21/2019 |
| Case in other court:  Perry Circuit Court, 18–CI–00512 | Jury Demand: Plaintiff |
| MDL, 2804 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1441 Petition for Removal | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Appalachian Regional Healthcare, Inc.** | represented by | **David Black** |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **David McMullan , Jr.** |
| | | Barrett Law Office, P.A. – Lexington MS |
| | | 404 Court Square, North |
| | | P.O. Box 927 |
| | | Lexington, MS 39095 |
| | | 662–834–2488 |
| | | Fax: 662–834–2628 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Evelyn Li** |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jessica Ann Burke** |
| | | Chalmers Pak Burch & Adams, LLC |
| | | 4949 Brownsboro Road |
| | | #297 |
| | | Louisville, KY 40222 |
| | | 606–376–3233 |
| | | Fax: 606–392–4800 |
| | | Email: jburke@cpblawgroup.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **John W. Barrett** |
| | | Barrett Law Office, P.A. – Lexington MS |
| | | 404 Court Square, North |
| | | P.O. Box 927 |
| | | Lexington, MS 39095 |
| | | 662–834–2488 |
| | | Fax: 662–834–2628 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jonathan W. Cuneo** |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Korey A. Nelson**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lydia Wright**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Miller**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Barrett**
Barrett Law Office, P.A. – Lexington MS
404 Court Square, North
P.O. Box 927
Lexington, MS 39095
662–834–2376
Fax: 662–834–2409
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rick Yelton**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Eric Mills**
P.O. Box 2057
Inez, KY 41224
606–298–0505
Fax: 606–298–5157
Email: eric@ericmills.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sterling Starns**
Barrett Law Office, P.A. – Lexington MS
404 Court Square, North
P.O. Box 927
Lexington, MS 39095
662–834–2488
Fax: 662–834–2628
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve Martino**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren Burns**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Purdue Pharma L.P.**　　　　　　　　represented by　**Hayden A. Coleman**
Quinn Emanual Urquhart & Sullivan LLP – NY
51 Madison Avenue
Floor 22
New York, NY 10010–1603
212–849–7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Steven Cheffo**
Quinn Emanual Urquhart & Sullivan LLP – NY
51 Madison Avenue
Floor 22
New York, NY 10010–1603
212–849–7000
Fax: 212–849–7100
Email: markcheffo@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purdue Pharma, Inc.**　　　　　　　　represented by　**Hayden A. Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Steven Cheffo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Purdue Frederick Company, Inc.**　　represented by　**Hayden A. Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Steven Cheffo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Noramco, Inc.**　　　　　　　　　　　represented by　**Cari K. Dawson**
Alston & Bird, LLP – GA
1201 W. Peachtree Street
One Atlantic Center
Atlanta, GA 30309–3424

404–881–7766
Fax: 404–253–8567
Email: cari.dawson@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel G. Jarcho**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jenny A. Hergenrother**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amneal Pharmaceuticals, LLC**　　　　represented by　**Jeffrey F. Peck**
Ulmer & Berne, LLP – Cincinnati
600 Vine Street
2800 Cincinnati Commerce Center
Cincinnati, OH 45202
513–698–5000
Fax: 513–698–5001
Email: jpeck@ulmer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas McIntosh**
Ulmer & Berne, LLP – Cincinnati
600 Vine Street
Suite 2800
Cincinnati, OH 45202
513–698–5074
Fax: 513–698–5075
Email: tmcintosh@ulmer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teva Pharmaceutical Industries, Ltd.**　　　　represented by　**Brian M. Ercole**
Morgan Lewis & Bockius LLP – FL
200 S. Biscayne Boulevard
Suite 5300
Miami, FL 33131–2339
305–415–3416
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Trent Spurlock**
Huddleston Bolen, LLP – Louisville
620 W. Main Street
Suite 500
Louisville, KY 40202

    502–339–2878
    Fax: 502–339–2879
    Email: trent.spurlock@dinsmore.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Steven A. Reed**
    Morgan Lewis & Bockius LLP – Philadelphia
    1701 Market Street
    Philadelphia, PA 19103–2921
    215–963–5000
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Wendy West Feinstein**
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Teva Pharmaceuticals USA, Inc.**      represented by    **Brian M. Ercole**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **M. Trent Spurlock**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Steven A. Reed**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Wendy West Feinstein**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Cephalon, Inc.**      represented by    **Brian M. Ercole**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **M. Trent Spurlock**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Steven A. Reed**
    (See above for address)
    *LEAD ATTORNEY*

          *ATTORNEY TO BE NOTICED*

          **Wendy West Feinstein**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson & Johnson**      represented by      **Charles C. Lifland**
          O'Melveny & Myers LLP – CA
          400 S. Hope Street
          Los Angeles, CA 90071
          213–430–6000
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Ortho–McNeil–Janssen Pharmaceuticals, Inc.**      represented by      **Charles C. Lifland**
*nka*           (See above for address)
Janssen Pharmaceuticals, Inc.           *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Janssen Pharmaceutica, Inc.**      represented by      **Charles C. Lifland**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Abbott Laboratories**      represented by      **James K. O'Connor**
          Venable LLP – MD
          750 E. Pratt Street
          Suite 900
          Baltimore, MD 21202
          410–244–7400
          Fax: 410–244–7742
          Email: jko'connor@venable.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **John A. McCauley**
          Venable, LLP – MD
          750 E. Pratt Street
          Suite 900
          Baltimore, MD 21202
          410–244–7655
          Fax: 410–244–7742
          Email: jmccauley@venable.com
          *LEAD ATTORNEY*
          *PRO HAC VICE*
          *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Abbott Laboratories, Inc.** | represented by | **James K. O'Connor** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **John A. McCauley** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Depomed, Inc.** | represented by | **Kevin M. Sadler** |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Scott D. Powers** |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Endo Health Solutions, Inc.** | represented by | **John D. Lombardo** |
| | | Arnold & Porter Kaye Scholer LLP |
| | | 777 S. Figueroa Street |
| | | 44th Floor |
| | | Los Angeles, CA 90017 |
| | | 213–243–4000 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Endo Pharmaceuticals, Inc.** | represented by | **John D. Lombardo** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Mallinckrodt, LLC** | represented by | **Andrew J. O'Connor** |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Brien T. O'Connor** |
| | | Ropes & Gray, LLP – Boston |
| | | One International Place |
| | | Boston, MA 02110 |
| | | 617–951–7000 |
| | | Fax: 617–951–7050 |
| | | Email: brien.o'connor@ropesgray.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

**Insys Therapeutics, Inc.** represented by **Christopher M. Mussler**
Gwin Steinmetz & Baird PLLC
401 W. Main Street
One Riverfront Plaza, Suite 1000
Louisville, KY 40202
502–618–5700
Fax: 502–618–5701
Email: cmussler@gsblegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Matthew Donohue**
Holland & Knight LLP – OR
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
503–243–2300
Fax: 503–241–8014
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L. Franco**
Holland & Knight LLP – OR
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
503–243–2300
Fax: 503–241–8014
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mallinckrodt PLC** represented by **Andrew J. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brien T. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SPECGX** represented by **Andrew J. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brien T. O'Connor**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Allergan PLC**
*formerly known as*
Actavis PLS

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

| | | |
|---|---|---|
| **Actavis Pharma, Inc.**<br>*formerly known as*<br>Watson Pharma. Inc. | represented by | **Anne K. Guillory**<br>Dinsmore & Shohl, LLP – Louisville<br>101 S. Fifth Street<br>Suite 2500<br>Louisville, KY 40202<br>502−581−8014<br>Fax: 502−581−8111<br>Email: anne.guillory@dinsmore.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Brian M. Ercole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**M. Trent Spurlock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Reed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy West Feinstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Watson Laboratories, Inc.** | represented by | **Brian M. Ercole**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**M. Trent Spurlock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Steven A. Reed**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Wendy West Feinstein**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Anda, Inc.**              represented by  **Ana Francisco**
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **James W. Matthews**
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Katy E. Koski**
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**H.D. Smith, LLC**          represented by  **W. Kennedy Simpson**
*formerly known as*                Thompson, Miller & Simpson, PLC – Louisville
H.D. Smith Wholesale Drug Company       734 W. Main Street
                Suite 400
                Louisville, KY 40202
                502−585−9900
                Fax: 502−585−9993
                Email: ksimpson@tmslawplc.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Henry Schein, Inc.**         represented by  **Brandan J. Montminy**
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **C. Scott Jones**
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **John P. McDonald**
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Lauren M. Fincher**
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

        **Robert Coleman Stilz , III**
Kinkead & Stilz, PLLC
301 E. Main Street
Suite 800
Lexington, KY 40507
859−296−2300
Fax: 859−296−2566
Email: cstilz@ksattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amerisourcebergen Drug Corporation**  represented by  **Robert A. Nicholas**
Reed Smith, LLP − Philadelphia
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
215−851−8100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Shannon E. McClure**
Reed Smith, LLP − Philadelphia
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
215−851−8100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richie Pharmacal Co.**  represented by  **Colton William Givens**
Kerrick Bachert, PSC − Bowling Green
1025 State Street
P.O. Box 9547
Bowling Green, KY 42102−9547
270−782−8160
Fax: 270−782−5856
Email: cgivens@kerricklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Matthew Porter Cook**
Kerrick Bachert, PSC − Bowling Green
1025 State Street
P.O. Box 9547
Bowling Green, KY 42102−9547
270−782−8160
Fax: 270−782−2856
Email: mcook@kerricklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Thomas N. Kerrick**
Kerrick Bachert, PSC – Bowling Green
1025 State Street
P.O. Box 9547
Bowling Green, KY 42102–9547
270–782–8160
Fax: 270–782–5856
Email: tkerrick@ksclawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cardinal Health, Inc.**     represented by  **Steven Brian Loy**
Stoll Keenon Ogden, PLLC – Lexington
300 W. Vine Street
Suite 2100
Lexington, KY 40507
859–231–3000
Fax: 859–253–1093
Email: steven.loy@skofirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ace Clinique of Medicine, LLC.**

**Defendant**

**The Recovery Center, LLC**

**Defendant**

**Does 1–100**

**Defendant**

**Actavis LLC**     represented by  **Brian M. Ercole**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **M. Trent Spurlock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Steven A. Reed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Wendy West Feinstein**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2019 | Ï 1 | NOTICE OF REMOVAL from Perry Circuit Court, case number 18–CI–00512. ( Filing fee $400; receipt number 0643–4279096), filed by Actavis Pharma, Inc. (Attachments: # 1 Exhibit 1 – Complaint, # 2 Exhibit 2 – State Court Record, # 3 Exhibit 3 – JPML Order, # 4 Exhibit 4 – Mayfield v. London Womens Care, # 5 Exhibit 5 – McDowell v. McKesson, # 6 Exhibit – Huntington v. AmerisourceBergen, # 7 Civil Cover Sheet)(KJA) (Additional attachment(s) added on 2/14/2019: # 8 Agreed Order For Extention of Time to File Answer (State Court Order)) (RBB). (Entered: 02/07/2019) |
| 02/07/2019 | Ï 3 | GENERAL ORDER 17–16 RE: CIVIL CASES RELATED TO COMPLAINTS FILED AGAINST AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH, INC., and MCKESSON CORPORATION: 1. Effective immediately, the Clerk is DIRECTED to ASSIGN all matters related to the case, Anderson County Fiscal Court v. AmerisourceBergen Drug Corporation, et al filed as Frankfort Civil Action 17–cv–70 to the Honorable Gregory F. Van Tatenhove. 2. A copy of this Order shall be filed in each appropriate case with a copy to all counsel. Signed by Judge Karen K. Caldwell on 09/22/2017.(KJA)cc: COR (Entered: 02/07/2019) |
| 02/07/2019 | Ï | Conflict Check run. (KJA) (Entered: 02/07/2019) |
| 02/07/2019 | Ï | Clerk's Note: re 1 Notice of Removal: MDL Panel (cc: SKV) notified of possible tag along case (MDL No. 2804) by e–mail with a copy of notice of removal & docket sheet. (KJA) (Entered: 02/07/2019) |
| 02/07/2019 | Ï 4 | FRCP 7.1 DISCLOSURE STATEMENT by Actavis Pharma, Inc. identifying Corporate Parent Teva Pharmaceutical Industries Ltd. for Actavis Pharma, Inc... (Spurlock, M.) (Entered: 02/07/2019) |
| 02/07/2019 | Ï 5 | MOTION to Dismiss for failure to state a claim by Richie Pharmacal Co. (Attachments: # 1 Proposed Order Proposed Order Granting)(Cook, Matthew) (Entered: 02/07/2019) |
| 02/08/2019 | Ï 6 | FRCP 7.1 DISCLOSURE STATEMENT by Richie Pharmacal Co.. (Cook, Matthew) (Entered: 02/08/2019) |
| 02/13/2019 | Ï 7 | NOTICE OF FILING by Cardinal Health, Inc. *(Supplement to State Court Record Evidencing Proposed Agreed Order for Extension of Time)* (Attachments: # 1 Exhibit A – Agreed Order for Extension of Time)(Loy, Steven) (Entered: 02/13/2019) |
| 02/13/2019 | Ï 8 | FRCP 7.1 DISCLOSURE STATEMENT by Cardinal Health, Inc.. (Loy, Steven) (Entered: 02/13/2019) |
| 02/14/2019 | Ï 9 | Proposed Agreed Order/Stipulation by H.D. Smith, LLC. (Simpson, W.) (Entered: 02/14/2019) |
| 02/14/2019 | Ï 10 | FRCP 7.1 DISCLOSURE STATEMENT by H.D. Smith, LLC. (Simpson, W.) (Entered: 02/14/2019) |
| 02/15/2019 | Ï | ***FILE SUBMITTED TO CHAMBERS of Gregory F. Van Tatenhove for review: re 9 Proposed Agreed Order/Stipulation by H.D. Smith, LLC (RBB) Modified on 2/15/2019 (RBB). (Entered: 02/15/2019) |
| 02/18/2019 | Ï 11 | Proposed Agreed Order/Stipulation *enlarging time* by Appalachian Regional Healthcare, Inc.. (Burke, Jessica) (Entered: 02/18/2019) |
| 02/19/2019 | Ï | ***FILE SUBMITTED TO CHAMBERS of Gregory F. Van Tatenhove for review: 11 Proposed Agreed Order/Stipulation *enlarging time* by Appalachian Regional Healthcare, Inc. (RBB) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 02/19/2019) |
| 02/21/2019 | 12 | INFORMATION COPY OF MDL CONDITIONAL TRANSFER ORDER: MDL No. 2804 (CTO−80) (MRS) (Entered: 02/21/2019) |
| 02/21/2019 | 13 | CERTIFIED TRANSFER ORDER (CTO−80) received from Northern District of Ohio re: Case Transfer to the MDL Panel pursuant to CTO No. 80 filed in MDL Case Number 2804 (MRS) cc: COR (Entered: 02/21/2019) |