# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| APPALACHIAN REGIONAL HEALTHCARE, INC.<br><br>Plaintiff,<br>v.<br><br>PURDUE PHARMA L.P., *et al.*,<br>Defendants. | Case No. 1:19-op-45082-DAP<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Appalachian Regional Healthcare, Inc., by and through undersigned counsel, under Federal Rule of Civil Procedure 41(a)(1) hereby voluntarily dismisses the above captioned matter in its entirety, effective immediately, without prejudice.

Dated this 28th day of February, 2019.

        Respectfully Submitted,

        */s/ Jessica A. Burke*
        Jessica A. Burke (KY Bar #94066)
        **BURKE LAW GROUP**
        P.O. Box 1510
        Whitley City, Kentucky 42653
        Telephone: 859-533-3269
        Facsimile: 502-415-7297
        jessica@jblawoffices.net

        */s/ R. Eric Mills*
        R. Eric Mills (KY Bar #89920)
        **MILLS LAW GROUP**
        P.O. Box 2057
        Inez, Kentucky 41225
        Telephone: 606-298-0505

John W. ("Don") Barrett
Sterling Starns
David McMullan, Jr.
Richard Barrett
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
dbarrett@barrettlawgroup.com
sstarns@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net

Warren Burns
**BURNS CHAREST, LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com

Korey A. Nelson
Lydia A. Wright
Rick Yelton
**BURNS CHAREST, LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com
lwright@burnscharest.com
ryelton@burnscharest.com

Jonathan W. Cuneo
Monica Miller
David Black
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
jonc@cuneolaw.com
monicam@cuneolaw.com
dblack@cuneolaw.com
evelyn@cuneolaw.com

2

Steve Martino
**TAYLOR MARTINO, P.C.**
51 St. Joseph St.
Mobile, AL 36602
Telephone: (251) 433-3131
stevemartino@taylormartino.com

Charles D. Gabriel, Esq.
**CHALMERS & ADAMS LLC**
5805 State Bridge Road #G77
Johns Creek, GA 30097
T: (678) 735-5903
F: (678) 735-5905
cdgabriel@cpblawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February 2019, I caused the foregoing document to be filed with the Clerk of this Court via email submission to the U.S. District Court, Northern District Ohio, MDL Mailbox. I further certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Jessica A. Burke*
Jessica A. Burke (KY Bar #94066)

3